UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>DANIEL LOPEZ,<br><br>               Defendant. | Case No. CR24-210-JCC<br><br>DETENTION ORDER |

Defendant Daniel Lopez is charged with kidnapping, 18 U.S.C. §§ 1201(a)(1), 2, and a forfeiture allegation. The Court held a detention hearing on November 26, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Lopez is charged with an offense with a maximum sentence of life and an offense involving use of a weapon.

2. Mr. Lopez stipulated to detention.

3. Mr. Lopez was not interviewed by Pretrial Services. Therefore, there is limited

DETENTION ORDER - 1

information available about him.

4. Mr. Lopez poses a risk of nonappearance due to a history of failure to appear and his background and ties to this district are unknown.

5. Mr. Lopez poses a risk of danger due to the nature of instant offenses and his criminal history.

6. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Lopez's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Lopez shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Lopez shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Lopez is confined shall deliver Mr. Lopez to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Lopez, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 26th day of November, 2024.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3