THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>DANIEL LOPEZ,<br><br>                Defendant. | CASE NO. CR24-0210-JCC<br><br>ORDER |

        This matter comes before the Court on Defendant's unopposed motion to continue trial and other deadlines (Dkt. No. 15). Defendant is charged with kidnapping. (Dkt. No. 1.) He appeared for arraignment on November 26, 2024, where he pleaded not guilty to the charges. (*See* Dkt. No. 8.) It is set for February 3, 2024 (*Id.*)

        Defendant now seeks a continuance. (Dkt. No. 15). According to defense counsel, this case involves extensive discovery. (*Id.* at 1.) Counsel asserts additional time is needed to review those materials, investigate the allegations, and research pretrial motions. (*Id.*) Defendant has executed a speedy trial waiver. (Dkt. No. 14.)

        Having thoroughly considered the motion and the relevant record, the Court FINDS as follows:

1. The failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence,

1. within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv), and would result in a miscarriage of justice within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

2. The ends of justice will be served by granting a continuance, as it is necessary to ensure adequate time for case preparation, and the ends of justice served outweigh the best interests of the public and the defendant in a speedy trial. *See id.* § 3161(h)(7)(A).

For the foregoing reasons, the Court GRANTS Defendant's motion to continue trial and the pretrial motions deadline (Dkt. No. 15). Trial is hereby CONTINUED to June 2, 2025, at 9:00 a.m. The Court further ORDERS that the time between the date of this order and June 2, 2025, is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), and (B)(iv). The parties are DIRECTED to file pretrial motions no later than April 25, 2025.

DATED this 15th day of January 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE