THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL LOPEZ,

Defendant.

CASE NO. CR24-0210-JCC

ORDER

This matter comes before the Court on Defendant's motion to seal certain exhibits to his sentencing memorandum (Dkt. No. 34). While the public has a common law right to inspect and copy public records, including those from judicial proceedings, these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017). Given the nature of the personal and medical information contained in the exhibits at issue, (*see* Dkt. No. 35), these criteria are met here. Accordingly, Defendant's motion to seal (Dkt. No. 34) is GRANTED and the Clerk is DIRECTED to maintain Docket Number 35 under seal.

//

//

ORDER
CR24-0210-JCC
PAGE - 1

DATED this 21st day of January 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE